UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVIES ENTERPRISES, LLC, CRUISING KITCHENS, LLC, CAMERON DAVIES & MARY K. DAVIES § § § § § *Plaintiffs* § V. § BLUE SKY BANK & MARK C. TAYLOR § § *Defendants* § | **CIVIL CASE NO.: 5:23-CV-01527-JKP-HJB** |

## ADVISORY TO THE COURT BY PLAINTIFFS

In accordance with the Standing Order in Civil Cases Assigned to Judge Jason Pulliam, Plaintiffs, having previously received written notice from counsel for Defendants that Defendants intend to file a Rule 12(b)(6) Motion to Dismiss, hereby respectfully advise this Honorable Court that Plaintiffs intend to amend the Plaintiffs' Original Petition previously filed in 438th Judicial District Court of Bexar County, Texas under Cause No. 2023-CI-25557.

Respectfully submitted,

/S/ David P. Strolle, Jr.
David P. Strolle, Jr.
Texas Bar No: 19408700

GRANSTAFF, GAEDKE & EDGMON, P.C.
5535 Fredericksburg Road, Suite 110
San Antonio, Texas 78229
Telephone:   (210) 348-6600 ext. 203
Facsimile:    (210) 366-0892
E-mail:         dstrolle@caglaw.net

**ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Mark C. Taylor
William R. "Trip" Nix
Nicholas R. Miller
HOLLAND & KNIGHT LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701

Facsimile:   (512) 685-6417
Email:   mark.taylor@hklaw.com
   trip.nix@hklaw.com
   nick.miller@hklaw.com

**ATTORNEYS FOR DEFENDANTS**

/S/ David P. Strolle, Jr.
David P. Strolle, Jr.

2