UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DAVIES ENTERPRISES, LLC, §
CRUISING KITCHENS, LLC, CAMERON §
DAVIES, and MARY K. DAVIES, §
§
              Plaintiffs, §
§
v. §                                            SA-23-CV-1527-JKP (HJB)
§
BLUE SKY BANK, §
§
              Defendant. §

**ORDER CHANGING INITIAL PRETRIAL CONFERENCE
TO IN-PERSON AND ADDING IN-PERSON MOTION HEARING**

Before the Court is Plaintiffs' Opposed Motion for Leave to Join Party.  (Docket Entry 7.)

Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28

U.S.C. § 636(b).  (*See* Docket Entry 3.)

It is hereby **ORDERED** that the **Initial Pretrial Conference ("IPC")** on **March 6, 2024**,

at **2:30 P.M**. will be held in-person.  It is **FURTHER ORDERED** that Plaintiffs' motion (Docket

Entry 7) is set for an in-person hearing on **March 6, 2024**, immediately following the IPC.

These proceedings will take place in Courtroom D on the 2nd Floor of the United States

Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on January 23, 2024.

_____
Henry J. Bemporad
United States Magistrate Judge